# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| KISHORE KURAPATI, et al. § <br> § <br> *Plaintiffs,* § <br> v. § <br> § <br> UNITED STATES CITIZENSHIP AND § <br> IMMIGRATION SERVICES (USCIS), et § <br> al. § <br> § <br> *Defendants.* § | Civil Action No. 4:25-cv-01139 <br> Judge Mazzant/Judge Davis |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On October 21, 2025, the Magistrate Judge entered a Report and Recommendation (Dkt. #5) that Plaintiffs Kishore Kurapati and Kavitha Kota's petition for writ of mandamus (Dkt. #3) be denied. On October 23, 2025, Plaintiffs filed Objections (Dkt. #6) to the Report.

The Court has conducted a *de novo* review of the Objections and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objections are without merit as to the ultimate findings of the Magistrate Judge. Accordingly, the Objections (Dkt. #6) are **OVERRULED** and the Magistrate Judge's Report is **ADOPTED** as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiffs Kishore Kurapati and Kavitha Kota's petition for writ of mandamus (Dkt. #3) is hereby **DENIED.**

**SIGNED this 3rd day of November, 2025.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE